# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW
40 WALL STREET
NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

April 3, 2008

Michael B. Sena
Direct Line: (212) 471-8527
msena@herzfeld-rubin.com

**VIA TELECOPIER**
212-805-6382

Hon. Victor Marrero
United States District Judge
United States District court
Southern District of New York
500 Pearl Street
New York, New York

APR - 3 2008

    Re:   Cesar Arias v. Stonhard, Inc.
             08 Civ. 3286

Dear Judge Marrero:

    We represent defendant StonCor Group, Inc. ("StonCor") in the above-entitled action. We removed this case from the Supreme Court, Bronx County, to this Court yesterday. However, we have not been able to file our removal papers through ECF because, apparently, the docket number has not reached the Court filing system yet. However, today may be the deadline for the filing of the removal papers. Accordingly, we request permission to manually file our removal papers today.

Respectfully submitted,

Michael B. Sena

MBS:ms

Charles Spiegel, Esq. (counsel for plaintiff)

*Request Granted. Defendant StonCor Group is authorized to file manually its notice of removal papers in this action.*

**SO ORDERED:**

4-3-08
DATE — VICTOR MARRERO, U.S.D.J.

---

HERZFELD & RUBIN LLP
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2783
TELEPHONE (310) 553-0451

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY SUITE 1100
LIVINGSTON, NEW JERSEY 07039-1022
TELEPHONE (973) 535-8840

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311-1460
FAX (40) (21) 311-1465