## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK       )
                                           ss.:
COUNTY OF NEW YORK  )

       **BELINDA ROBINSON**, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in Brooklyn, New York. On **Monday, April 28, 2008**, I served a true copy of the within

## ANSWER

upon the parties shown below, at the addresses shown below, being the addresses designated by said parties, for that purpose, by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:

    SPEIGEL & BARBATO, LLP
    2622 East Tremont Avenue
    Bronx, New York, 10461
    Attorneys for Plaintiff

                                                                     _____
                                                                          BELINDA ROBINSON

Sworn to before me this
28TH day of April, 2008

_____
Notary Public

      MARION ~~CICERO~~ Bacot
  Notary Public, State of New York
        No. 01CI4790506
   Qualified in Bronx County
  Commission Expires July 31, 2009

1