# SPIEGEL & BARBATO, LLP

*Attorneys at Law*
2622 EAST TREMONT AVENUE
BRONX, NEW YORK 10461
(718) 828-8200
Fax No. (718) 828-7236

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08

CHARLES H. SPIEGEL
LUCILLE BARBATO-SPIEGEL

BRIAN C. MARDON

Supervising Paralegal
RONNIE SUE ROTH

Firm Administrator
FRED M. KANTER

Legal Assistant On The File
Lucille LaNausse

May 22, 2008

Honorable Justice Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Cesar Arias v. StonCor Group, Inc.
08Civ3286

Dear Honorable Justice Marrero:

Currently before you, there is a Case Management Conference scheduled in the above case returnable May 30, 2008. At this time, and with defense counsel Michael Sena's consent, we are respectfully requesting a brief adjournment of this conference to Friday, June 27, 2008.

At this time my partner, Lucille Barbato who is also my wife, and I, are out of the country for our wedding anniversary. We are in full communication with our office but, obviously, we will not be present to prepare this case and appear to conference it.

Accordingly, we are respectfully requesting the within adjournment.

Thank you for your assistance in this matter.

Very truly yours,
Charles H. Spiegel

Request GRANTED. The *initial status* conference herein is rescheduled to 6-27-08 at 9:30 a.m.

SO ORDERED.

5-23-08
DATE        VICTOR MARRERO, U.S.D.J.